```
1   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY
2   First Library Square
    1114 Fremont Avenue
3   South Pasadena, CA 91030-3227

4   Tel:  626-799-9797
    Fax: 626-799-9795
5   TPRLAW@att.net

6   Attorneys for Plaintiff
    J & J Sports Productions, Inc.
7
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | Case No. CV 09-3155 SC |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Alex K. Hahn, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendants: Alex K. Hahn and Charles S. Hahn, individually and d/b/a Serenader, and Charles Hahn Entertainment, LLC, an unknown business entity d/b/a Serenader, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: March 23, 2010         s/ Thomas P. Riley
                              LAW OFFICES OF THOMAS P. RILEY, P.C.
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.



IT IS SO ORDERED
Judge Samuel Conti

Page 1

## **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 23, 2010 I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Mr. Reginald K. Brown, Esquire         Attorneys for Defendants
LAW OFFICE OF REGINALD K. BROWN
6080 Center Drive, 6th Floor
Los Angeles, CA 90230

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 23, 2010, at South Pasadena, California.

Dated: March 23, 2010                 *s/ Maria Baird*
                                       MARIA BAIRD